V&M International Forwarders, Inc

7685 NW 80 Terrace
Medley, Fl 33166
Phone: 305-887-6360 / Fax: 305-887-6386
vmfreight@aol.com

# Invoice

| Date | Ref # |
|---|---|
| 12/15/2009 | 19-91719 |

| Bill To |
|---|
| MARINE TURBO ENGINEERING LLC<br>3708 SW 30TH. AVE.<br>HOLLYWOOD, FL 33312-67<br>HIS ORDER NO. 2965121 |

| Consigneee |
|---|
| OCCIDENTAL DE COLOMBIA, INC.<br>DEPOSITO AUTORIZADO ALMAVIVA<br>CRA. 47 # 12B-50<br>BOGOTA<br>COLOMBIA |

| Date | Carrier | B/L | Weight |
|---|---|---|---|
| 12/15/2009 | Tampa | 729—12734713 | 3650KGS. |

| Item | Description | Amount |
|---|---|---|
| 101 | Air Freight Pre Paid | 4,927.50 |
| 105 | Pickup-Delivery Charges // TO AIRLINE | 241.41 |
| 113 | Handling and Documents | 55.00 |

Thank you for your business.

**Total** $5,223.91

EXHIBIT "C"



# Marine Turbo Engineering LLC

3708 SW 30th Avenue
Hollywood, FL 33312
TEL: 954-316-5388
FAX: 954-316-5387
EMAIL: kathleen@marineturbo.co.uk
www.marineturbo.co.uk



## INVOICE

| Invoice # | 158 |
|---|---|
| Invoice Date | 12/22/2009 |

| CUSTOMER | SHIP TO |
|---|---|
| HOLLAND INTERNATIONAL SERVICES, LTD<br>NEW HAVEN OFFICE CENTER<br>EMANCIPATE BLVD. 31<br>WILLEMSTAD, CURACAO, N.A. | |

| | | | |
|---|---|---|---|
| | | Job No. | MTQF 8025 - 2 X VTR 354 WORKSHOP |
| P.O. No. | | Ship Via | |
| Freight Terms | | Ship Date | 12/22/2009 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | V & M INT'L FORWARDERS, INC. INV. NO. 19-91719 | 4,912.06 | 4,912.06 |
| | V & M INT'L FORWARDERS, INC. INV. NO. 19-91719-1 | 1,536.32 | 1,536.32 |
| | Total Reimbursable Expenses | | 6,448.38 |
| | 5% SERVICE FEE | 322.42 | 322.42 |
| | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Thank you for your business.

**Total** USD 6,770.80

BANKERS: HSBC BANK USA, N.A.
1600 SE 17TH STREET CAUSEWAY
FT. LAUDERDALE, FL 33316
ACCT. #: 156737060
ABA: 021001088 (SORT CODE)
SWIFT: MRMDUS33

**LIVERPOOL  MUMBAI  SINGAPORE  GRAND BAHAMAS  FORT LAUDERDALE  MOBILE**

**UK Office Authorized Repair Shop Turbochargers:**




