UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number: 11-60621-CIV-MARTINEZ-MCALILEY

MARINE TURBO ENGINEERING, LTD., et al.,

     Plaintiffs,

vs.

TURBOCHARGER SERVICES
WORLDWIDE, LLC, et al.,

     Defendants.

_____/

## ORDER DENYING MOTION TO STRIKE

THIS CAUSE came before the Court upon Plaintiffs' Motion to Strike Defendant Ivar Koek's Improperly Captioned and Non-Compliant Filing and for Entry of Default Judgment in Accordance with Court Order (D.E. No. 200). Plaintiffs ask this Court to strike Defendant Ivar Koek's ("Koek") response in letter form to this Court's Order requiring Koek to file a response to the complaint and a motion to set aside the Clerk's Default. *See* (D.E. No. 190). In this prior order, the Court cautioned that if Koek did not make the required filings, it would grant the pending motion for final default final judgment.

On December 13, 2011, Koek filed a letter with the Clerk, along with a number of attached exhibits. *See* (D.E. No. 199). Plaintiffs argue that this filing must be stricken and final default judgment must be entered because (1) although they concede that Koek may have responded to the complaint, he did not move to set aside the clerk's default, (2) the filing violates the Local Rules because it does not include a memorandum of law, does not state with

particularity the grounds for seeking an order, and does not comply with the requirements that a motion be properly captioned and formatted, (3) the filing does not comply with the Federal Rules of Civil Procedure, if it is to be construed as a motion to dismiss, as it does not include any authority, a memorandum of law and is not properly captioned or titled, and (4) this filing violates the Court's order (D.E. No. 193), requiring the parties to comply with the Court's Orders, the Local Rules, and the Federal Rules of Civil Procedure.

The Court finds, however, that Plaintiffs' arguments are not only draconian but elevate form over substance at the expense of justice. Pro se filings are liberally construed. Although the Court entered an order requiring the parties to comply with the rules and orders of this Court, this was mainly directed at Plaintiffs themselves and Defendant Glyn Clemson who had been filing documents in violation of the rules. *See* (D.E. No. 193). In addition, given Koek's statements in his letter, there is no guarantee that Koek ever received this order from the Court. The Court is concerned by Koek's allegations that despite Plaintiffs statements and filing of an affidavit of service that service was made on Koek's sister and more importantly "co-resident," Anita Hartzell, Koek in fact does not live with Hartzell. Plaintiffs do not respond to these arguments in their motion to strike. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

1.      Plaintiffs' Motion to Strike Defendant Ivar Koek's Improperly Captioned and Non-Compliant Filing and for Entry of Default Judgment in Accordance with Court Order (D.E. No. 200) is **DENIED**.

2.      On or before **January 5, 2012**, Plaintiffs shall respond to Koek's allegations that he has not been served. Specifically, Plaintiffs must address Koek's statements that he does not

co-reside with Hartzell.  If Plaintiffs concede that Koek was not properly served and that Hartzell and Koek are not co-residents, Plaintiffs must state this in a filing on the record and file an appropriate motion for an extension of time to serve Koek.  However, the Court cautions Plaintiffs that no lengthy extensions will be granted.  Koek has listed two addresses: one in Louisiana and one in Ecuador.  The Court expects Plaintiffs to study Federal Rule of Civil Procedure 4(e) and (f) and apply these rules.  If appropriate and after reviewing the Court's prior ruling on this matter, *see* (D.E. No. 121), Plaintiffs may also wish to refile a renewed motion to deem Koek served.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of December, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record
All pro se parties

Ivar Koek
152 Shadowbrook Lane
LaPlace, LA 70005

Ivar Koek
1540 Chickasaw Ave., Apt. 304
Metairie, LA 70005