UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-60621-CIV-MARTINEZ-MCALILEY

MARINE TURBO ENGINEERING, LTD., et al.,
    Plaintiffs,

vs.

TURBOCHARGER SERVICES WORLDWIDE, LLC, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Glyn Clemson's Request for Permission to Work (D.E. No. 145) and Defendant Glyn Clemson's Request for Permission to Work 2nd Request (D.E. No. 148). Defendant Glyn Clemson's motions are vague as to the relief they are seeking from the Court. The Court's preliminary injunction order speaks for itself. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

Defendant Glyn Clemson's Request for Permission to Work (D.E. No. 145) and Defendant Glyn Clemson's Request for Permission to Work 2nd Request (D.E. No. 148) are **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of December, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record
All pro se parties