UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CLERK'S DEFAULT

MARINE TURBO ENGINEERING, LTD., MARINE TURBO ENGINEERING, LLC. And MARINE TURBO ENGINEERING (USA), LLC.,

    Plaintiff(s),

v.

TURBO DI CORP., S.A.

    Defendant(s).
_____/

CASE NO. 11-60621-CIV-MARTINEZ/MCALILEY

FILED by _____ D.C.

**Jan 6, 2012**

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **TURBO DI CORP., S.A.,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) TURBO DI CORP., S.A., as of course, on this date January 6, 2012.

**STEVEN M. LARIMORE**
CLERK OF COURT

By: s/Teresa Erwin
_____
Teresa Erwin
Deputy Clerk

cc:    Hon. Jose E. Martinez
        Counsel of Record
        Turbo Di Corp., S.A.
        1650 SW 117th Ave., Davie, FL 33325