UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-60621-CIV-MARTINEZ-MCALILEY

MARINE TURBO ENGINEERING, LTD., et al.,

    Plaintiffs,

vs.

TURBOCHARGER SERVICES WORLDWIDE, LLC, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Motion for Clarification of Order Partially Granting Motion for Preliminary Injunction and to Equitably Extend Preliminary Injunction to Run from Date of Entry and for Extension of Time to Post Bond (D.E. No. 215). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiffs' Motion for Clarification of Order Partially Granting Motion for Preliminary Injunction and to Equitably Extend Preliminary Injunction to Run from Date of Entry and for Extension of Time to Post Bond (D.E. No. 215) is GRANTED in part and DENIED without prejudice in part. The motion is GRANTED in that the Court clarifies that in its Order Granting in Part and Denying in Part Motion for Preliminary Injunction the injunction runs until June 7, 2012 and not June 7, 2011. The Court will enter an amended order correcting the year of this deadline. Plaintiffs may have until January 10, 2012 to post the $100,000 bond. This new

deadline will also be reflected in the Court's amended injunction order. Plaintiffs' request that the Court equitably extend the preliminary injunction to run from the date of entry is denied without prejudice as there is no indication that Plaintiffs conferred with the opposing parties as required by the local rules. Plaintiffs may refile this motion.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of January, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record
All pro se parties

Ivar Koek
152 Shadowbrook Lane
LaPlace, LA 70005

Ivar Koek
1540 Chickasaw Ave., Apt. 304
Metairie, LA 70005