UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 11-60621-CIV-MARTINEZ-MCALILEY**

MARINE TURBO ENGINEERING, LTD., et al.,

Plaintiffs,

vs.

TURBOCHARGER SERVICES WORLDWIDE, LLC, et al.,

Defendants.
_______________________________________/

# CONSENT FINAL JUDGMENT

THIS CAUSE came before the Court upon the parties' Joint Motion for Entry of Consent Final Judgment in Accordance with the Parties' Stipulation of Settlement for Damages and Injunctions (D.E. No. 358). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The parties' Joint Motion for Entry of Consent Final Judgment in Accordance with the Parties' Stipulation of Settlement for Damages and Injunctions (D.E. No. 358) is **GRANTED**.

2. This Judgment is entered in accordance with the terms of the July 31, 2012 Stipulation of Settlement for Damages and Injunctions, the terms of which are expressly incorporated herein by reference. The parties agree that the stipulation shall control for all purposes relating to the enforcement of this Judgment.

3. The parties have agreed to the following findings:

a. All findings of fact and conclusions of law contained in the Court's Amended Order Granting in Part and Denying in Part Motion for Preliminary Injunction (D.E. No. 232) and the Court's Order on Motions for Summary Judgment (D.E. No. 345) are expressly incorporated herein;

b. The Defendants stipulate that all facts submitted to the Court in support of Plaintiffs' motion for partial summary judgment, (D.E. No. 295-1), are true and correct and are not subject to further dispute;

c. The Defendants stipulate that they perpetrated a fraud against the Plaintiffs and further stipulate that this Judgment is not dischargeable in a bankruptcy proceeding pursuant to 11 U.S.C. § 523(a)(2) or any applicable statute or law;

d. The Defendants stipulate that they are the alter-egos of all closely-held companies in which they individually or jointly possess an ownership interest; and

e. The Defendants stipulate that this Court possesses jurisdiction to permit the attachment and seizure of all personal property belonging to the Defendants, their successors, assigns and alter-egos, whether such personal property is located in Florida or elsewhere.

4. Judgment is entered for Plaintiffs and against Defendants[1] on all ten counts stated in Plaintiffs' Complaint for: (1) breach of an employment contract, against Defendant Glyn Clemson; (2) violations of Florida's Uniform Trade Secrets Act, Florida Statute §688.001-.009, against Defendants; (3) violations of the Computer Fraud and Abuse Act, 18 U.S.C §1030, against Defendants; (4) civil conspiracy, against Defendants; (5) tortious interference with

---

[1]The remaining Defendants in this action are Glyn Clemson, Karen Clemson, Ivar Koek, Turbocharger Services Worldwide, LLC, and Turbo Di Corp, S.A.

Plaintiffs' advantageous business relationships, against Defendants; (6) conversion and misappropriation of Plaintiffs' corporate assets and opportunities, against Defendants; (7) breaching fiduciary duties, against Defendants Glyn Clemson, Karen Clemson, and Ivar Koek; (8) breaching duties of loyalty, against Defendants Glyn Clemson, Karen Clemson, and Ivar Koek; (9) an injunction to enforce restrictive covenants, against Defendants; and (10) declaratory relief, against Defendant Glyn Clemson.

5. Plaintiffs Marine Turbo Engineering, Ltd., Marine Turbo Engineering, LLC and Marine Turbo Engineering (USA), LLC, with respective addresses of Abbey House, Abbey Street Priority Trading Estate Birkenhead CH41 5 JU, United Kingdom, 3708 SW 30th Avenue Fort Lauderdale, Florida, 33312, and One East Broward Boulevard, Ste. 1501, Fort Lauderdale, Florida 33301, shall have and recover from the Defendants, **Turbocharger Services Worldwide, LLC** with a last known principal place of business of 1920 SW 116th Ave. Davie, Florida 33325, **Turbo Di Corp., S.A.** with a last known principal place of business of KM 3.5 Via Duran Tambo MZ 03 Solar D5 .06 Cooperativa San Enrique Duran, Guayas Ecuador, last doing business in Florida from an office located at 3708 SW 30th Avenue, Fort Lauderdale, Florida 33312, **Glyn Clemson**, social security number XXX-XX-3275, with an address of 1650 SW 117th Ave, Davie, Florida 33325, and a Bahamian address of 204 Island Bay, Bahamia Marine Subdivision, Freeport, Grand Bahama, The Bahamas F-42498, **Karen Clemson**, social security number XXX-XX-0141, with an address of 1650 SW 117th Ave, Davie, Florida 33325, and a Bahamian address of 204 Island Bay, Bahamia Marine Subdivision, Freeport, Grand Bahama, The Bahamas F-42498, and **Ivar Gerard Carol Koek**, social security number XXX-XX-4060, with an address of 1540 Chickasaw Avenue Apt 304, Metairie, Louisiana 70005-1350,

jointly and severally, the principal sum of **Eight Hundred Fifty Thousand Dollars ($850,000.00)** for damages suffered by Plaintiffs, for which let execution issue forthwith. Each party shall bear its own costs and attorney's fees.

6. The Court adopts the stipulated injunctions set forth in the parties' Stipulation of Settlement as a Judgment of this Court and imposes the injunctions against Defendants as follows:

a. As to Defendant Glyn Clemson:

i. Glyn Clemson, his agents, employees, companies subject to his control, successors and assigns, and all persons and companies acting in concert, participation or combination with Glyn Clemson are subject to a two (2) year injunction against doing any business in or performing any turbocharger repair or maintenance services (including consulting services) for any customer, or on behalf of any company providing products or services for any customer, located within the Bahamas. This specifically includes but is not limited to Grand Bahamas Shipyard, Bahama Electric Company, and Grand Bahama Power. The term of this injunction shall be from October 1, 2012 through October 1, 2014, during which time Glyn Clemson shall not travel to the Bahamas without providing two (2) weeks prior written notification to Plaintiff Marine Turbo Engineering, Ltd. at its office in England, stating the reason for traveling to the Bahamas, and receiving written confirmation from the office in England that Plaintiffs will permit Glyn Clemson to travel to the Bahamas.

ii. During any portion of the two (2) year injunction, should Glyn Clemson be employed, including as a sub-contractor or consultant, by TurboUSA, Inc. (FEIN 650529523, with a principal place of business of 2950 SW 2nd Ave., Fort Lauderdale, Florida

33315), or any company owned by, affiliated with or subject to the control of TurboUSA, Inc., then Glyn Clemson must first provide Plaintiffs a document signed by an authorized corporate representative of TurboUSA, Inc. stating it shall not employ or otherwise utilize Glyn Clemson in any capacity in which he travels to the Bahamas or performs any services for any customer of TurboUSA, Inc. located within the Bahamas, and that if he does so TurboUSA, Inc. shall be liable in an action by Plaintiffs for procuring the violation of the Stipulation of Settlement and this Judgment.

iii. Glyn Clemson, his agents, employees, companies subject to his control, successors and assigns, and all persons and companies acting in concert, participation or combination with Glyn Clemson are subject to a one (1) year injunction against doing any business with or performing any turbocharger repair or maintenance services (including consulting services) for Termoguayas, S.A., or for or on behalf of any company providing products or services for Termoguayas, S.A. The term of this injunction shall be from September 1, 2012 through September 1, 2013.

b. As to Defendant Ivar Gerard Carol Koek:

i. Ivar Gerard Carol Koek, his agents, employees companies subject to his control, successors and assigns, and all persons and companies acting in concert, participation or combination with Ivar Gerard Carol Koek are subject to a one (1) year injunction against doing any business with or performing any turbocharger repair or maintenance services (including consulting services) for Termoguayas, S.A., or for or on behalf of any company providing products or services for Termoguayas, S.A. The term of this injunction shall be from September 1, 2012 through September 1, 2013.

7. In addition to contempt proceedings, Plaintiffs' remedies for violating the injunctions are as set forth in the parties' Stipulation of Settlement, which shall control in any proceeding against Defendants for violating any terms of settlement.

8. Within fifteen (15) days from the date of this Judgment, the judgment debtors, Glyn Clemson, Karen Clemson and Ivar Gerard Carol Koek, shall complete under oath Florida Rule of Civil Procedure Form 1.977(a) (Fact Information Sheet), including all required attachments and serve them on the judgment creditors' attorney.

9. Within fifteen (15) days from entry of this Judgment, the judgment debtors Turbocharger Services Worldwide, LLC and Turbo Di Corp, S.A., shall complete under oath Florida Rule of Civil Procedure Form 1.977 (b) (Fact Information Sheet), including all required attachments and serve them on the judgment creditors' attorney.

10. The Court retains jurisdiction for the enforcement of the Stipulation of Settlement and all proceedings related to execution on this Judgment, including to enter further Orders to enforce the injunctions, and to enable Plaintiffs to execute and levy upon the judgment debtors, their property and that of their successors, assigns and alter-egos.

11. This Case is **CLOSED**, and all pending motions not otherwise ruled on are **DENIED** as **MOOT**.

DONE and ORDERED in Chambers at Miami, Florida, this __1__ day of August, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record
All pro se parties

| Judgment Creditors | Judgment Debtors |
|---|---|
| MARINE TURBO ENGINEERING, LTD.<br><br>Abbey House, Abbey Street Priority Trading Estate Birkenhead CH41 5 JU, United Kingdom | TURBOCHARGER SERVICES WORLDWIDE, LLC<br><br>1920 SW 116th Avenue<br>Davie, Fl 33325 |
| MARINE TURBO ENGINEERING, LLC<br><br>3708 SW 30th Avenue<br>Fort Lauderdale, Florida, 33312 | TURBO DI CORP, S.A.<br><br>KM 3.5 Via Duran Tambo MZ 03 Solar D5 .06 Cooperativa San Enrique Duran, Guayas Ecuador |
| MARINE TURBO ENGINEERING (USA), LLC<br><br>One East Broward Blvd.<br>Ste. 1501<br>Fort Lauderdale, Florida, 33301 | GLYN CLEMSON<br><br>SSN: XXX-XX-3275<br><br>1650 SW 117th Ave.<br>Davie, Florida 33325<br><br>and<br><br>204 Island Bay, Bahamia Marine Subdivision, Freeport, Grand Bahama, The Bahamas F-42498 |
| **Counsel for Judgment Creditors**<br><br>Keith Grumer, Esq.<br>Grumer & Macaluso, P.A.<br>One East Broward Blvd.<br>Suite 1501<br>Fort Lauderdale, FL 33301<br>P: 954-713-2700<br>F: 954-713-2713<br>Email: kgrumer@grumerlaw.com | KAREN CLEMSON<br><br>SSN: XXX-XX-0141<br><br>1650 SW 117th Ave.<br>Davie, Florida 33325<br><br>and<br><br>204 Island Bay, Bahamia Marine Subdivision, Freeport, Grand Bahama, The Bahamas F-42498 |
| | IVAR GERARD CAROL KOEK<br><br>SSN: XXX-XX-4060<br><br>1540 Chickasaw Avenue<br>Apt. 304<br>Metairie, Louisiana 70005-1350<br><br>and<br><br>KM 3.5 Via Duran Tambo MZ 03 Solar D5 .06 Cooperativa San Enrique Duran, Guayas Ecuador |